**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              No. 4:06CR00245 SWW

ALFRED FRANK LEE

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 22, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

(1) **a Stevens model 67, series E, 20 gauge shotgun, serial number C73857;**

(2) **a Harrington and Richards model 732 .32 caliber revolver, serial number A853068;**

(3) **a Rohm model RG10 .22 caliber revolver, serial number 1037501**

(4) **a Lorcin model L22 .22 caliber pistol, serial number 101222;**

(5) **a Winchester model 94 30-30 caliber refle, serial number 5119676;**

(6) **a New England Firearms model Pardner .410 gauge shotgun, serial number NF231264; and,**

(7) **North American Arms .22 caliber pistol, serial number E091058**

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

1

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 924(d) and Title 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

**(1)     a Stevens model 67, series E, 20 gauge shotgun, serial number C73857;**

**(2)     a Harrington and Richards model 732 .32 caliber revolver, serial number A853068;**

**(3)     a Rohm model RG10 .22 caliber revolver, serial number 1037501**

**(4)     a Lorcin model L22 .22 caliber pistol, serial number 101222;**

**(5)     a Winchester model 94 30-30 caliber refle, serial number 5119676;**

**(6)     a New England Firearms model Pardner .410 gauge shotgun, serial number NF231264; and,**

**(7)     North American Arms .22 caliber pistol, serial number E091058**

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 924(d) and Title 28, U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 18th day of August, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE